UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

      v.

                                      Cr. No. 14-cr-114-01-PB

WILLIAM ALBA
aka "Chichi"

## INDICTMENT
## COUNT ONE

[Conspiracy to Distribute a Controlled Substance- 21 U.S.C. § 841(a)(1) and §846]

Beginning on an unknown date through on or about August 27, 2014, in the District of New Hampshire, the defendant,

WILLIAM ALBA
aka "Chichi"

did knowingly and willfully combine, conspire and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance, to wit, oxycodone, a Schedule II controlled substance,

In violation of Title 21 United States Code, Sections 841(a)(1) and 846.

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense, including but not limited to the following:

A sum of money equal to the amount of proceeds obtained as a result of the charged offense, for which the defendant is jointly and severally liable.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the assets, if, by any act or omission of the defendant, the property described in paragraph 1, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

Dated: September 17, 2014

A TRUE BILL

/s/ Grand Jury Foreperson
Foreperson of the Grand Jury

JOHN P. KACAVAS
United States Attorney
District of New Hampshire

         /s/ Debra M. Walsh
By:    Debra M. Walsh
       John J. Farley
       Assistant U.S. Attorneys