UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>WILLIAM ALBA         )<br>A/K/A  Chichi         ) | Cr. No. 1:14-cr-114-01-PB |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 17th day of September, 2014.

This 17th day of September, 2014.

JOHN P. KACAVAS
United States Attorney

By: /s/  Debra M. Walsh
Debra M. Walsh
Assistant U.S. Attorney

WARRANT ISSUED: _____