UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                    DOCKET NO. 14-CR-114-PB

WILLIAM ALBA

       Defendant

ASSENTED TO MOTION TO CONTINUE

      NOW COMES the defendant, William Alba, by and through counsel, and hereby move this Court to continue his September 24, 2014 Arraignment to September 26, 2014 either in the morning or early afternoon.

      In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Arraignment on September 24, 2014, at 3:00 p.m.;
2. The undersigned counsel has just been retained by the defendant;
3. In addition, the undersigned counsel has a previously scheduled Status Conference at the U.S. District Court of Massachusetts on September 24, 2014, at 2:30 p.m., <u>U.S v. K Sanderson</u>;
4. That the U.S. Attorney's Office has no objection to this Motion to Continue.  Both parties agree to continue this Arraignment to September 26, 2014, either in the morning or early afternoon

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue and reschedule this Arraignment to September 26, 2014, either in the morning or early afternoon.

Respectfully submitted,
William Alba,
By his Attorney,

DATE:   September 23, 2014          /S/ Paul J. Garrity_____
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH  03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 23rd day of September, 2014, a copy of the within Assented to Motion to Continue Sentencing was e-filed to the U.S. Attorney Office and to all parties of record.

  /S/Paul J. Garrity_____
Paul J. Garrity