AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2014 SEP 18 PM 1 32

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILLIAM ALBA | ) | Case No. 1:14-cr-114-01-PB |
| a/k/a Chichi | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

2014 SEP 25 P 2:
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Alba ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and §846.

Date: 9/18/2014

*Kathy DuPont*
Issuing officer's signature

City and state:   Concord, New Hampshire

*Kathy DuPont, Deputy Clerk*
Printed name and title

### Return

This warrant was received on *(date)* 9/18/14 , and the person was arrested on *(date)* 9/24/14
at *(city and state)* Concord, NH .

Date: 9/24/14

Arresting officer's signature

Joseph Vetanze  DUSM #30171
Printed name and title