UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


UNITED STATES OF AMERICA


V.                                          DOCKET NO. 14-CR-114-PB


WILLIAM ALBA
                Defendant

<u>ASSENTED TO MOTION TO CONTINUE</u>

NOW COMES the defendant, William Alba, by and through counsel, and hereby move this Court to continue his December 2, 2014 Trial for 120 days.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Trial on December 2, 2014, at 9:30 a.m.;

2. However, given the amount of discovery that has to be reviewed to be prepared for trial, the accused submits that a continuance of 120 days is necessary.

3. That the U.S. Attorney's Office has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue Trial for 120 days.

Respectfully submitted,
William Alba,
By his Attorney,


DATE:   October 10, 2014          /S/ Paul J. Garrity
                                  Paul J. Garrity
                                  Bar No. 905
                                  14 Londonderry Road
                                  Londonderry, NH  03053
                                  603-434-4106

<u>CERTIFICATE OF SERVICE</u>

I, Paul J. Garrity, herein certify that on this 10th day of October, 2014, a copy of the within Assented to Motion to Continue Sentencing was e-filed  to the U.S. Attorney Office and to all parties of record.


    /S/Paul J. Garrity

Paul J. Garrity