UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                  Case No. 14-cr-114-PB

**William Alba**

**O R D E R**

Defendant has moved through counsel to continue the December 2, 2014 trial for 120 days, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from December 2, 2014 to April 7, 2015. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 17, 2014 final pretrial conference is continued to March 23, 2015 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro<br>Paul Barbadoro<br>United States District Judge

October 16, 2014

cc:  Paul Garrity, Esq.
    Debra Walsh, Esq.
    John Farley, Esq.
    United States Marshal
    United States Probation