UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )  | |
| v.        ) | |
| )   | NO. 14-CR-114-PB |
| )   | |
| WILLIAM ALBA,      ) | |
| )   | |
| Defendant.    ) | |

**JOINT PROPOSED SCHEDULING ORDER**

In accordance with the instructions of the Court at the status conference on October 9, 2014, the parties have met and discussed a proposed schedule for this matter.  The parties propose the following schedule:

The United States shall produce discovery materials by November 15, 2014.  This production may be supplemented as additional information is received.

Discovery motions shall be filed by December 15, 2014.

Dispositive and evidentiary motions shall be filed by February 13, 2015.

Motions in limine shall be filed by March 3, 2015.

The trial in this matter has been scheduled for April 7, 2015.

Counsel for the defendant has discussed this proposed scheduling order with the undersigned counsel and has assented to its contents.

                 Respectfully submitted,

                 JOHN P. KACAVAS
                 United States Attorney

October 20, 2014      By: /s/ John J. Farley
                John J. Farley
                Assistant U.S. Attorney
                NH Bar No. 16934
                53 Pleasant Street
                Concord, NH   03301
                (603) 225-1552
                John.Farley@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify a copy of the foregoing document was served via ECF upon counsel for the defendant.

October 20, 2014      By: /s/ John J. Farley
                John J. Farley
                Assistant U.S. Attorney