UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.  DOCKET NO. 14-CR-114-PB

WILLIAM ALBA
        Defendant

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, William Alba, by and through counsel, and hereby move this Court to continue his July 8, 2015 Sentencing Hearing for 60 days.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Sentencing Hearing on July 8, 2015 at 11:00 a.m.;
2. However, the parties have been engaging in ongoing negotiations and need additional time to complete those negotiations as a state entity is now becoming involved in the process;
3. In addition, the undersigned counsel has prepaid vacation plans out of the State of New Hampshire from July 31 through August 17, 2015; is scheduled for CJA Duty at the U.S. District Court of Massachusetts on July 16, 2015; and is scheduled to begin a Jury Trial at the Lawrence District Court in Commonwealth v. D. Andino on July 28, 2015;
4. That the U.S. Attorney's Office has been contacted and has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue Sentencing Hearing for 60 days.

                                      Respectfully submitted,
                                      William Alba,
                                      By his Attorney,

DATE:   June 30, 2015              /S/ Paul J. Garrity
                                                      Paul J. Garrity
                                                      Bar No. 905
                                                      14 Londonderry Road
                                                      Londonderry, NH  03053
                                                      603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 30th day of June, 2015, a copy of the within Assented to Motion to Continue Sentencing was e-filed to the U.S. Attorney Office and to all parties of record and mailed, postage prepaid, to William Alba.

                                                      /S/Paul J. Garrity
                                                      Paul J. Garrity