UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Dkt. No. 14-CR-114-PB |
| | ) | |
| WILLIAM ALBA | ) | |

MOTION TO SEAL MOTION TO CONTINUE

    NOW COME the defendant, William Alba, by and through counsel, Paul J, Garrity, and respectfully request that this Court grant permission to file under seal the defendant's Motion to Continue Sentencing.

    In support of this Motion, the defendant states as follows:

1. The defendant is requesting that this Court grant permission to file the Defendant's Motion to Continue under seal as there is sensitive information outlined within the Motion to Continue

    WHEREFORE, the defendant, William Alba, respectfully requests that this Court grant permission to file under seal the defendant's Motion to Continue Sentencing.

    Respectfully submitted,
William Alba,
By his attorney,

DATE:   August 4, 2015

/s/ Paul J. Garrity
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

CERTIFICATE OF SERVICE

     I, Paul J. Garrity, hereby certify that on this 4th day of August, 2015, a copy of the within Motion to Seal Motion to Continue has been efiled to all parties of record.

                                       /s/ Paul J. Garrity