UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                   DOCKET NO. 14-CR-114-PB

WILLIAM ALBA
     Defendant

### ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the defendant, William Alba, by and through counsel, and hereby move this Court to continue his December 15, 2015 Sentencing Hearing for 90 days.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Sentencing Hearing on December 15, 2015 at 10:00 a.m.;

2. However, the defendant is attempting to cooperate by cooperating in a State case in Hillsborough County Superior Court Northern District;

3. That the State Court Prosecutor, Assistant Hillsborough County Attorney Brett Harpster, informed the undersigned counsel on December 8, 2015 that the defendant in the State case, Lilian Nunez, has an unresolved competency issue. According to Attorney Harpster the competency issue in that case will require referring Ms. Nunez to out of state experts as the State experts have not been able to determine whether or not Ms. Nunez is competent. As a result of the competency issue, Attorney Harpster suggested that the undersigned counsel attempt to continue the defendant's sentencing hearing to allow the competency issue in the state case to be resolved and once resolved, to allow the defendant time to fulfill his attempts at cooperation.

4.  That Assistant United States Attorney John Farley has been contacted and assents to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue Sentencing Hearing for 90 days.

                                        Respectfully submitted,
                                        William Alba,
                                        By his Attorney,

DATE:  December 8, 2015                    /s/ Paul Garrity
                                                   Paul J. Garrity
                                                   Bar No. 905
                                                   14 Londonderry Road
                                                   Londonderry, NH  03053
                                                   603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 8th day of December, 2015, a copy of the within Assented to Motion to Continue Sentencing was e-filed to the U.S. Attorney Office and to all parties of record and mailed, postage prepaid, to William Alba.

                                                   /s/ Paul Garrity
                                                 Paul J. Garrity