UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                              DOCKET NO. 14-cr-00114

WILLIAM ALBA

### ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, William Alba, by and through counsel, Paul J. Garrity, and hereby moves this Court to continue his Sentencing Hearing for another seventy-five (75) days.

In support of this motion the Defendant states as follows:

1. The Defendant is scheduled for a Sentencing Hearing on March 18, 2016 at 10:00 a.m. in this Court;

2. However, the Defendant is four (4) weeks into a substance abuse program at the Strafford County Jail. This program runs for 12 weeks and the Defendant would like to complete this program prior to being sentence. The program meets once a week;

3. That the Assistant US Attorney, John Farley, has been contact and assents to this Motion to Continue.

WHEREFORE, the Defendant respectfully requests that this Court grant this Motion and continue this Sentencing Hearing another seventy-five (75) days.

Respectfully submitted
William Alba,
By his Attorney,

Date:   March 10, 2016                    /s/ Paul J. Garrity
                                                                    Paul J. Garrity
                                                                    Bar No. 905
                                                                    14 Londonderry Road
                                                                    Londonderry, NH 03053
                                                                    603-434-4106

## CERTIFICATE OF SERVICE

     I, Paul J. Garrity, herein certify that on this 10th day of March, 2016, a copy of the within Motion was mailed to Assistant US Attorney John Farley, US Attorney's office of NH, and to William Alba.

                                                                    /s/ Paul J. Garrity
                                                                    Paul J. Garrity