UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 0102 1:14-CR-00114-1-PB |
| | ) | |
| WILLIAM ALBA | ) | |

**<u>ASSENTED TO MOTION FOR LATE FILING OF SENTENCING MEMORANDUM</u>**

NOW COMES, the Defendant, William Alba, by and through counsel, Paul J. Garrity, and hereby moves this Court to allow late filing for his Sentencing Memorandum.

In support of this Motion the following is stated:

1. The undersigned counsel wishes to file a Sentencing Memorandum in regards to the above mentioned case.

2. However, due to inadvertence neglect, change of secretary staff, and procedural issues with the above mention case the undersigned counsel failed to file a Sentencing Memorandum that was initially drafted almost one year ago.

3. The Sentencing Memorandum has been recently modified to include recent updates with the Defendant's education and training while at the Strafford County House of Corrections.

4. The Defendant is requesting that he'd be allowed to file his Sentencing Memorandum late as the Memorandum contains information relevant for the Defendant's sentencing.

5. The Government has been contacted in regards to this matter and they have no objection to the late filing of the Sentencing Memorandum.

WHEREFORE, the Defendant requests that this Court grant this Motion and allow the late filing of the Sentencing Memorandum.

                                                  Respectfully submitted
                                                  William Alba,
                                                  By his Attorney,

Date:   May 31, 2016                            /s/ Paul J. Garrity
                                                Paul J. Garrity
                                                Bar No. 905
                                                14 Londonderry Road
                                                Londonderry, NH 03053
                                                603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 31st day of May, 2016, a copy of the within Motion was e-filed for all parties involved.

                                                  /s/ Paul J. Garrity
                                                  Paul J. Garrity