UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 0102 1:14-CR-00114-1-PB |
| | ) | |
| WILLIAM ALBA | ) | |

## ASSENTED TO MOTION TO SEAL SENTENCING MEMORANDUM

NOW COMES the defendant, William Alba, by and through counsel, Paul J, Garrity, and respectfully request that this Court authorize the Defendant's Sentencing Memorandum be filed under Seal.

In support of this Motion, the defendant states as follows:

1. The defendant is requesting that this Court authorize the Defendant to file his Sentencing Memorandum under Seal as there is sensitive information outlined within the Sentencing Memorandum.

2. The Government has no objection to this motion.

WHEREFORE, the defendant, William Alba, respectfully requests that this Court grant this Assented to Motion to Seal Sentencing Memorandum.

                                                  Respectfully submitted,
                                                  William Alba
                                                  By his attorney,

DATE:      May 31, 2016                    /s/ Paul J. Garrity
                                                  Paul J. Garrity
                                                  14 Londonderry Road
                                                  Londonderry, NH 03053
                                                  603-434-4106
                                                  garritylaw@myfairpoint.net

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 31st day of May, 2016, a copy of the within Assented to Motion to Seal Sentencing Memorandum has been e-filed to all parties of record.

                                                /s/ Paul J. Garrity
                                                Paul J. Garrity