UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 1: 14-CR-00114-1-PB |
| | ) | |
| WILLIAM ALBA | ) | |

**ASSENTED TO MOTION TO CHANGE TIME OF HEARING**

NOW COMES, the Defendant, William Alba, by and through counsel, Paul J. Garrity, and hereby respectfully asks this Court to change the time of his June 2, 2016 Sentencing Hearing from 10:30 a.m. to 10:00 a.m.

In support of this Motion it is stated as follows:

1. The Defendant is scheduled for a Sentencing Hearing on June 2, 2016 at 10:30 a.m. in this Court;

2. However, the undersigned counsel is scheduled for a Motion Hearing, State v. K. Marin, at 11:30 a.m. at the Hillsborough Superior Court Southern District in Nashua, NH. K. Marin is being charged with murder and this hearing was scheduled on May 26, 2016;

3. Due to time and distance it would be difficult for the undersigned counsel to appear at the Motion Hearing for State v. K. Marin.

4. That the Government has been contacted and assents to the time of the Sentencing Hearing being changed from 10:30 a.m. to 10:00 a.m.;

WHEREFORE, the Defendant respectfully asks this Court to grant this Motion and changed the time of his Sentencing Hearing from 10:30 a.m. to 10:00 a.m.

                                        Respectfully submitted,
                                        William Alba
                                        By his attorney,

DATE:      May 31, 2016                /s/ Paul J. Garrity
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        603-434-4106
                                        garritylaw@myfairpoint.net

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 31st day of May, 2016, a copy of the within Assented to Motion to Seal Sentencing Memorandum has been e-filed to all parties of record.

                                        /s/ Paul J. Garrity
                                        Paul J. Garrity