Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire




U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 02 2016

FILED

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

_William Alba_
Defendant

Case Number: _14 cr 114-01-PB_

I, _William Alba_, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: _6/2/16_

_William alba_
Defendant

_[signature]_
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)