# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

USA

v.

Alba

OFFERED BY: Defendant

Case # 14cr114-01-PB

# EXHIBITS

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | Personal Touch Home Health Services letter |
| B | SCDOC Cert. of Completion of Drug & Alcohol Program |
| C | HiSet Comprehensive Score Report |
| D | SCDOC Phase One Completion of TC Program |
| E | SCDOC Phase Two Completion of TC Program |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)