UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 0102 1:14-CR-00114-1-PB |
| | ) | |
| WILLIAM ALBA | ) | |

**ASSENTED TO MOTION FOR LATE FILING OF RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

NOW COMES, the Defendant, William Alba, by and through counsel, Paul J. Garrity, and hereby moves this Court to allow late filing of his response to the Government's Sentencing Memorandum.

In support of this Motion the following is stated:

1. The Defendant wishes to file a response to the Government's Sentencing Memorandum in regards to the above mentioned case.

2. However, due to the undersigned counsel's heavy court schedule the response to the Government's Sentencing Memorandum was not able to be drafted in time to meet this Courts previously issued filing order.

3. The Defendant is requesting that he'd be allowed to file his response to the Government's Sentencing Memorandum late as the response contains information relevant for the Defendant's sentencing.

4. The Government has been contacted in regards to this matter and they have no objection to the late filing of the response to the Government's Sentencing Memorandum.

WHEREFORE, the Defendant requests that this Court grant this Motion and allow the late filing of the Defendant's response to the Government's Sentencing Memorandum.

Respectfully submitted<br>
William Alba,<br>
By his Attorney,

Date:   June 17, 2016                                /s/ Paul J. Garrity
                                                     Paul J. Garrity
                                                     Bar No. 905
                                                     14 Londonderry Road
                                                     Londonderry, NH 03053
                                                     603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 17th day of June, 2016, a copy of the within Motion was e-filed for all parties involved.

                                                     /s/ Paul J. Garrity
                                                     Paul J. Garrity