UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v.                                              )<br> )<br>WILLIAM ALBA                            )<br>_____ | No. 1:14-cr-00114-PB |

### GOVERNMENT'S ASSENTED-TO MOTION TO CORRECT JUDGMENT

Pursuant to Rule 35(a), the United States requests that the Court remove any reference to forfeiture from the judgment in this case. Although the indictment contained a general forfeiture allegation, no forfeitable assets were identified and there is no need for forfeiture language to appear in the Court's judgment. Counsel for the defendant assents to this request.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

June 17, 2016                                      By: /s/ John J. Farley
                                                                John J. Farley
                                                                Assistant U.S. Attorney
                                                                NH Bar No. 16934
                                                                53 Pleasant Street
                                                                Concord, NH   03301
                                                                (603) 225-1552
                                                                John.Farley@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via ECF upon counsel for the defendant.

June 17, 2016                                      By:    /s/ John J. Farley
                                                                   John J. Farley
                                                                   Assistant U.S. Attorney