**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of CourtTelephone: 603-225-1423
Pamela E. Phelan, Chief Deputy ClerkWeb: www.nhd.uscourts.gov

August 24, 2016

William Alba #13725-049
FCI Schuylkill
PO Box 759
Minersville, PA  17954-0759

Re: USA v. William Alba; 14-cr-114-01-PB

Dear Mr. Alba,

I am writing in response to your letter dated August 16, 2016, in which you request a copy of the docket sheet in your case.  Please note that the clerk's office does not provide free copies of court documents to members of the public or litigants. All copy requests in this court require a prepaid fee of $.50 per page. Payment may be tendered in the form of a certified bank check or a money order made payable to the Clerk of Court.

As a one-time courtesy, I am enclosing a copy of the docket sheet in your case.  Any further copies will require the prepayment as described above.

Very truly yours,

Daniel J. Lynch, Clerk


By:/s/ Jennifer Sackos
Jennifer Sackos
Deputy Clerk